UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY and CITY OF TACOMA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC.,<br><br>Defendants. | No. 2:21-cv-00477-RSL<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS' ANSWER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 6, 2021** |

The parties, by and through their counsel, hereby submit the following stipulated motion and seek the Court's approval of the same.

### **STIPULATED MOTION**

Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc., seek an extension of 60 days to July 5, 2021, to answer or otherwise respond to the Complaint in the above-captioned action.

STIPULATED MOTION TO EXTEND
DEADLINE FOR DEFENDANTS' ANSWER - 1
(2:21-cv-00477-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Plaintiffs consent to the filing of an answer or response on or before that date.

DATED this 6th day of May, 2021.

| KELLER ROHRBACK L.L.P. | KIRKLAND & ELLIS L.L.P. |
|---|---|
| *s/ Alison E. Chase*<br>Lynn Lincoln Sarko, WSBA #16569<br>Gretchen Freeman Cappio, WSBA #29576<br>Matthew M. Gerend, WSBA #43276<br>Felicia J. Craick, WSBA # 54505<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623-3384<br>lsarko@ kellerrohrback.com<br>gcappio@kellerrohrback.com<br>mgerend@kellerrohrback.com<br>fcraick@kellerrohrback.com<br><br>Alison E. Chase (*pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Tel: (805) 456-1496<br>achase@kellerrohrback.com<br><br>*Attorneys for Plaintiffs* | *s/ John Patrick Bailey*<br>John Patrick Bailey, WSBA No. 53688<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5100<br>Fax: (202) 389-5000<br>E-mail: john.bailey@kirkland.com<br><br>*Counsel for Defendants* |

IT IS SO ORDERED.

Dated this __10th__ day of May, 2021.

*[signature]*

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND
DEADLINE FOR DEFENDANTS' ANSWER - 2
(2:21-cv-00477-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384