Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY and CITY OF TACOMA, individually and on behalf of others similarly situated,<br><br>                  Plaintiffs,<br><br>   v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC.,<br><br>                  Defendants. | No. 2:21-cv-00477-RSL<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR OVER-LENGTH BRIEF** |

THIS MATTER comes before the Court on the Motion for Over-Length Brief filed by defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Defendants").  Having considered Defendants' Motion and finding good cause, the Court GRANTS Defendants' Motion for Over-Length Brief (Dkt. # 20).  Defendants' motion to dismiss shall not exceed 36 pages.  Per LCR 7(f) Plaintiffs' response shall not exceed 36 pages and Defendants' reply shall not exceed 18 pages.

ORDER GRANTING DEFENDANTS' MOTION FOR
OVER-LENGTH BRIEF
No. 2:21-cv-00477-RSL – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

DATED: June 22, 2021

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Judge

*Presented by:*

**KIRKLAND & ELLIS LLP**

By: */s/ Devora W. Allon*
Devora W. Allon (*admitted pro hac vice*)
Jay Lefkowitz (*admitted pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-5967
Fax: (212) 446-4900
devora.allon@kirkland.com
lefkowitz@kirkland.com

By: */s/ Matt Owen*
Matt Owen (*admitted pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5100
Fax: (202) 389-5000
matt.owen@kirkland.com

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc.*

