Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY and CITY OF TACOMA, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC.,<br><br>　　　　　Defendants. | No. 2:21-cv-00477-RSL<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

On July 2, 2021, Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Teva") filed a motion to dismiss the Complaint against them by Plaintiffs King County and City of Tacoma (collectively, "Plaintiffs") (Teva and Plaintiffs collectively, "the Parties"). *See* Joint Motion to Dismiss (Dkt. No. 27). In light of the complexity of the issues presented by the motion to dismiss, the Parties submit the following agreed briefing schedule for the Court's consideration and approval.

1.   Plaintiffs' response to the motion to dismiss shall be due Monday, September 13, 2021.

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE ON
MOTION TO DISMISS
No. 2:21-cv-00477-RSL – Page 1



2. Teva's reply in support of the motion to dismiss shall be due Thursday, October 28, 2021.

3. Teva's motion to dismiss (Dkt. No. 27) shall be re-noted from Friday, July 30, 2021, to Friday, October 29, 2021.

4. If Plaintiffs elect to amend their Complaint, their time to do so as a matter of course under Fed. R. Civ. P. 15(a)(1)(B) shall be extended to Monday, August 16, 2021.  Should Plaintiffs amend their Complaint, Teva shall have 60 days from the date the Amended Complaint is filed to answer or otherwise respond.

DATED: July 6, 2021.

| KELLER ROHRBACK L.L.P. | KIRKLAND & ELLIS LLP |
|---|---|
| By: /s/ Alison E. Chase<br>Lynn Lincoln Sarko, WSBA #16569<br>Gretchen Freeman Cappio, WSBA #29576<br>Matthew M. Gerend, WSBA #43276<br>Felicia J. Craick, WSBA #54505<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>mgerend@kellerrohrback.com<br>fcraick@kellerrohrback.com<br><br>Alison E. Chase (admitted *pro hac vice*)<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>achase@kellerrohrback.com<br><br>*Attorneys for Plaintiffs King County and City of Tacoma* | By: /s/ Devora W. Allon<br>Devora W. Allon (admitted *pro hac vice*)<br>Jay Lefkowitz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 446-5967<br>Fax:    (212) 446-4900<br>devora.allon@kirkland.com<br>lefkowitz@kirkland.com<br><br>Matt Owen (admitted *pro hac vice*)<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5100<br>Fax: (202) 389-5000<br>john.bailey@kirkland.com<br>matt.owen@kirkland.com<br><br>**ARETE LAW GROUP PLLC**<br><br>By: /s/ Jeremy E. Roller<br>Jeremy E. Roller, WSBA No. 32021<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>Fax:    (206) 428-3251 |


ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

| | |
|---|---|
| 1 | jroller@aretelaw.com |
| 2 | |
| 3 | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc.* |
| 4 | |
| 5 | |
| 6 | **ORDER** |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | DATED: July 7th, 2021. |
| 10 | |
| 11 | *[signature]* |
| | Hon. Robert S. Lasnik |
| | United States District Judge |

STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE ON
MOTION TO DISMISS
No. 2:21-cv-00477-RSL – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250