Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KING COUNTY and CITY OF TACOMA, individually and on behalf of others similarly situated,

Plaintiffs,

v.

TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC.,

Defendants.

No. 2:21-cv-00477-RSL

**STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO AMEND COMPLAINT**

## I. BACKGROUND

By a prior stipulation (Dkt. No. 37), the parties agreed to a briefing schedule for the motion to dismiss (the "First Motion to Dismiss") (Dkt. No. 27) filed on July 2, 2021 by Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc, and the motion to dismiss (the "Second Motion to Dismiss") to be later filed by Defendant Teva Pharmaceutical Industries, Ltd. ("TPI"). The Court entered the parties' stipulation by Order (Dkt. No. 38) dated July 22, 2021.

TPI timely filed the Second Motion to Dismiss (Dkt. No. 39) on August 30, 2021. Plaintiffs now seek to amend their Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) and 15(a)(2). Counsel for the Teva Parties and counsel for Plaintiffs have conferred and agree,

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
TO AMEND COMPLAINT - 1
(2:21-cv-00477-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | subject to the Court's approval, that Plaintiffs may amend their Complaint on or before |
| 2 | September 28, 2021. |
| 3 | The parties agree that because "an amended complaint supersedes the original, the latter |
| 4 | being treated thereafter as non-existent," *Ramirez v. County of San Bernardino*, 806 F.3d 1002, |
| 5 | 1008 (9th Cir. 2015) (internal quotations omitted), upon Plaintiffs' filing of their amended |
| 6 | complaint, the First and Second Motions to Dismiss should be denied as moot. |
| 7 | The parties further agree to meet and confer after Plaintiffs file their amended complaint |
| 8 | regarding a briefing schedule and page limitations for the Teva Parties' anticipated single motion |
| 9 | to dismiss the amended complaint. |

## II. STIPULATION

The deadline for Plaintiffs to file an Amended Complaint is extended to September 28, 2021. Upon the filing of Plaintiffs' Amended Complaint, the Teva Parties' First (Dkt. No. 27) and Second (Dkt. No. 39) Motions to Dismiss shall be denied as moot.

DATED this 17th day of September, 2021.

| KELLER ROHRBACK L.L.P. | KIRKLAND & ELLIS LLP |
|---|---|
| s/ Alison E. Chase | /s/ Matt Owen |
| Lynn Lincoln Sarko, WSBA #16569 | Devora W. Allon (*pro hac vice*) |
| Gretchen Freeman Cappio, WSBA #29576 | Jay Lefkowitz (*pro hac vice*) |
| Matthew M. Gerend, WSBA #43276 | 601 Lexington Avenue |
| Felicia J. Craick, WSBA # 54505 | New York, NY 10022 |
| 1201 Third Avenue, Suite 3200 | Tel: (212) 446-5967 |
| Seattle, WA 98101 | Fax: (212) 446-4900 |
| Tel: (206) 623-1900 | devora.allon@kirkland.com |
| Fax: (206) 623-3384 | lefkowitz@kirkland.com |
| lsarko@ kellerrohrback.com | |
| gcappio@kellerrohrback.com | Matt Owen (*pro hac vice*) |
| mgerend@kellerrohrback.com | 1301 Pennsylvania Avenue, N.W. |
| fcraick@kellerrohrback.com | Washington, D.C. 20004 |
| | Tel: (202) 389-5100 |
| Alison E. Chase, (*pro hac vice*) | Fax: (202) 389-5000 |
| KELLER ROHRBACK L.L.P. | john.bailey@kirkland.com |
| 801 Garden Street, Suite 301 | matt.owen@kirkland.com |
| Santa Barbara, CA 93101 | |
| Tel: (805) 456-1496 | Jeremy E. Roller, WSBA No. 32021 |
| achase@kellerrohrback.com | ARETE LAW GROUP PLLC |
| | 1218 Third Avenue, Suite 2100 |
| *Attorneys for Plaintiffs* | Seattle, WA 98101 |

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
TO AMEND COMPLAINT - 2
(2:21-cv-00477-RSL)

**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|   |   |
|---|---|
| 1 |   |
| 2 | Tel: (206) 428-3250<br>Fax: (206) 428-3251<br>jroller@aretelaw.com |
| 3 | *Attorneys for Defendants* |

IT IS SO ORDERED.

DATED: September 20, 2021

*[signature]*

Hon. Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
TO AMEND COMPLAINT - 3
(2:21-cv-00477-RSL)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384