1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY and CITY OF
TACOMA, individually and on behalf of
others similarly situated,

                Plaintiffs,

      v.

TEVA PHARMACEUTICAL
INDUSTRIES, LTD., TEVA
PHARMACEUTICALS USA, INC., and
TEVA NEUROSCIENCE, INC.,

                Defendants.

No. 2:21-cv-00477-RSL

**STIPULATED MOTION AND
ORDER REGARDING BRIEFING
SCHEDULE FOR MOTION TO
DISMISS FIRST AMENDED
COMPLAINT**

## INTRODUCTION

    Defendants Teva Pharmaceuticals USA, Inc. ("Teva Pharmaceuticals"), Teva

Neuroscience, Inc. ("Teva Neuroscience"), and Teva Pharmaceutical Industries, Ltd., ("TPI")

(Teva Pharmaceuticals, Teva Neuroscience, and TPI collectively, "Defendants") and Plaintiffs

King County and City of Tacoma (collectively, "Plaintiffs") seek this Court's approval of a

briefing schedule and enlarged page limitation for briefing on Defendants' anticipated Motion to

Dismiss Plaintiffs' First Amended Complaint as set forth below.



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1

**BACKGROUND**

2          Plaintiffs filed their putative class action Complaint against Defendants on April 8, 2021.

3    *See* Complaint (Dkt. No. 1).  Teva Pharmaceuticals and Teva Neuroscience were served with a

4    summons and the Complaint shortly thereafter.  *See* Dkt. Nos. 5-6.  Following the Court's

5    approval of a Stipulated Motion to Extend the Deadline for Teva Pharmaceuticals and Teva

6    Neuroscience to respond to the Complaint, Teva Pharmaceuticals and Teva Neuroscience moved

7    for leave to file an over-length Motion to Dismiss, which the Court granted on June 22, 2021.

8    *See* Order Granting Defendants' Motion for Over-Length Brief (Dkt. No. 22).

9          Teva Pharmaceuticals and Teva Neuroscience filed their Motion to Dismiss on July 2,

10   2021.  *See* Joint Motion to Dismiss (Dkt. No. 27).  Shortly thereafter, Plaintiffs and Defendants

11   stipulated to a briefing schedule on the Joint Motion to Dismiss, which the Court approved on

12   July 7, 2021.  *See* Order Regarding Briefing Schedule on Motion to Dismiss (Dkt. No. 29).

13         On or about July 6, 2021, a summons and the Complaint were served upon TPI in Tel

14   Aviv, Israel.  TPI believes that this Court lacks personal jurisdiction over it.  Further, TPI wished

15   to adopt the arguments made by Teva Pharmaceuticals and Teva Neuroscience in the Joint

16   Motion to Dismiss.  Given the pendency of the Joint Motion to Dismiss, the Parties proposed a

17   briefing schedule for TPI's Motion to Dismiss.  Under that briefing schedule, Plaintiffs would

18   file an omnibus response to the Joint Motion to Dismiss and TPI's Motion to Dismiss and

19   Defendants would file an omnibus reply in support of those motions.  Further, the combined

20   length of the Joint Motion to Dismiss and TPI's Motion to Dismiss and the length of Plaintiffs'

21   omnibus response to those motions could be up to sixty (60) pages.  This Court approved the

22   Parties' Stipulated Motion Regarding Briefing on the Motions to Dismiss on July 22, 2021.  *See*

23   Order Regarding Briefing Schedule on Motions to Dismiss (Dkt. No. 38).  TPI filed its Motion to

24   Dismiss on August 30, 2021.  *See* Dkt. No. 39.

25         After TPI's filing of its Motion to Dismiss, Plaintiffs elected to amend their Complaint

26   under Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 15(a)(2).  The Parties conferred and agreed

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE FOR
MOTION  TO DISMISS FIRST AMENDED
COMPLAINT
No. 2:21-cv-00477-RSL – Page 2



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1  that the deadline for Plaintiffs to amend their Complaint should be extended to September 28,

2  2021, and that upon filing of an amended Complaint the pending Motions to Dismiss should be

3  denied as moot.  The Parties stipulated to that effect, and the Court approved the Parties'

4  stipulation on September 20, 2021.  *See* Order Extending Deadline to Amend Complaint (Dkt.

5  No. 43).  Plaintiffs filed their First Amended Complaint (the "FAC") (Dkt. No. 45) on September

6  28, 2021.

7          For the reasons set forth in Teva Pharmaceuticals and Teva Neuroscience's Motion for

8  Over-length Brief (Dkt. No. 20) and because TPI intends additionally to move to dismiss for lack

9  of personal jurisdiction, the Parties have conferred and agree that, subject to this Court's

10  approval, additional pages should be granted and the briefing schedule should be enlarged for

11  Defendants' anticipated Motion to Dismiss the FAC.  The Parties propose that:

12          1.      Defendants' Motion to Dismiss be filed no later than November 17, 2021,

13          and that the page limitation be fifty-five (55);

14          2.      Plaintiffs' Opposition to Defendants' anticipated Motion to Dismiss be

15          filed no later than January 17, 2022, and that the page limitation be fifty-five (55); and

16          3.      Defendants' Reply in Support of the Motion to Dismiss be filed no later

17          than February 16, 2022, and that the page limitation be twenty-seven (27).

18          Additionally, as the Parties agreed in their Joint Status Report and Discovery Plan (Dkt.

19  No. 19), the Parties believe that the deadline for Plaintiffs' anticipated Motion for Class

20  Certification should not be set until after the Court resolves Defendants' anticipated Motion to

21  Dismiss.  The Parties believe good cause exists to extend the deadline for class certification

22  under LCR 23(i)(3) due to the anticipated pendency of Defendants' Motion to Dismiss, the

23  complexity of the transactions involved, and the size of the proposed class.

24          Accordingly, the Parties agree, subject to this Court's approval, to the following:

25

26

STIPULATED MOTION AND ORDER
 REGARDING BRIEFING SCHEDULE FOR
 MOTION  TO DISMISS FIRST AMENDED
 COMPLAINT
  No. 2:21-cv-00477-RSL – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**STIPULATION**

1.     Defendants' Motion to Dismiss, not to exceed fifty-five (55) pages, shall be filed no later than November 17, 2021;

2.     Plaintiffs' Opposition to Defendants' Motion to Dismiss, not to exceed fifty-five (55) pages shall be filed no later than January 17, 2022;

3.     Defendants' Reply in Support of the Motion to Dismiss, not to exceed twenty-seven (27) pages, shall be filed no later than February 16, 2022;

4.     Defendants' Motion to Dismiss shall be noted for Friday, February 18, 2022; and

5.     Good cause—specifically the anticipated pendency of Defendants' Motion to Dismiss, the complexity of the transactions involved, and the size of the proposed class—exists to extend the deadline for Plaintiffs' Motion for Class Certification beyond the default deadline set forth in LCR 23(i)(3).  Unless the Defendants' anticipated Motion to Dismiss results in dismissal of this case, the Parties are directed to meet and confer following the Court's resolution of that motion and submit a status report including a proposed case schedule (or schedules if agreement cannot be reached), including a deadline for the Class Certification Motion, within 30 days of this Court's resolution of Defendants' Motion to Dismiss.

DATED: October 4, 2021.

**KELLER ROHRBACK L.L.P.**

By: */s/ Alison E. Chase*
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Matthew M. Gerend, WSBA #43276
Felicia J. Craick, WSBA #54505
1201 Third Avenue, Suite 3200
Seattle, WA 98101
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
mgerend@kellerrohrback.com
fcraick@kellerrohrback.com

**KIRKLAND & ELLIS LLP**

By: */s/ Matt Owen*
Devora W. Allon (admitted *pro hac vice*)
Jay Lefkowitz (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-5967
Fax:   (212) 446-4900
devora.allon@kirkland.com
lefkowitz@kirkland.com

Matt Owen (admitted *pro hac vice*)
1301 Pennsylvania Avenue, N.W.

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE FOR
MOTION  TO DISMISS FIRST AMENDED
COMPLAINT
No. 2:21-cv-00477-RSL – Page 4


ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1   Alison E. Chase (admitted *pro hac vice*)     Washington, D.C. 20004
2   801 Garden Street, Suite 301                  Tel: (202) 389-5100
    Santa Barbara, CA 93101                       Fax: (202) 389-5000
3   achase@kellerrohrback.com                     john.bailey@kirkland.com
                                                  matt.owen@kirkland.com
4   *Attorneys for Plaintiffs King County
    and City of Tacoma*                           **ARETE LAW GROUP PLLC**
5
6                                                 By: /s/ Jeremy E. Roller
                                                  Jeremy E. Roller, WSBA No. 32021
7                                                 1218 Third Avenue, Suite 2100
                                                  Seattle, WA 98101
8                                                 Phone: (206) 428-3250
                                                  Fax:    (206) 428-3251
9                                                 jroller@aretelaw.com
10
                                                  *Attorneys for Defendants Teva Pharmaceuticals
11                                                USA, Inc., Teva Neuroscience, Inc., and Teva
                                                  Pharmaceutical Industries, Ltd.*
12
13
14                          **ORDER**
15
        IT IS SO ORDERED.
16
17
        DATED: October 5, 2021.
18
19                                        *Robert S. Lasnik*
                                          Robert S. Lasnik
20                                        United States District Judge
21
22
23
24
25
26

STIPULATED MOTION AND ORDER
 REGARDING BRIEFING SCHEDULE FOR
 MOTION  TO DISMISS FIRST AMENDED
 COMPLAINT
 No. 2:21-cv-00477-RSL – Page 5

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250