|   |   |
|---|---|
| 1 | Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KING COUNTY and CITY OF TACOMA, individually and on behalf of others similarly situated,

Plaintiffs,

v.

TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC.,

Defendants.

No. 2:21-cv-00477-RSL

**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS**

### I.   BACKGROUND

By a prior stipulation (Dkt. No. 46), the parties agreed to a briefing schedule for the combined motion to dismiss filed by Defendants Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc, and Teva Pharmaceutical Industries, Ltd. ("TPI"). The Court entered the parties' stipulation by Order (Dkt. No. 47) dated October 5, 2021. In that stipulation, the parties inadvertently scheduled Plaintiffs' opposition to be filed on a holiday, January 17, 2022. Therefore, in the interests of clarity, the parties stipulate to move that filing deadline to the next business day, January 18, 2022, with a corresponding extension for the filing of Defendants' reply, to February 17, 2022.

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE
ON MOTION TO DISMISS - 1
(2:21-cv-00477-RSL)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## II. STIPULATION

The deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss (Dkt. #48) is extended to January 18, 2022. The deadline for Defendants to file their reply is extended to February 17, 2022.

DATED this 11th day of January, 2022.

| KELLER ROHRBACK L.L.P. | KIRKLAND & ELLIS LLP |
|---|---|
| s/ Alison E. Chase<br>Lynn Lincoln Sarko, WSBA #16569<br>Gretchen Freeman Cappio, WSBA #29576<br>Matthew M. Gerend, WSBA #43276<br>Felicia J. Craick, WSBA # 54505<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623-3384<br>lsarko@ kellerrohrback.com<br>gcappio@kellerrohrback.com<br>mgerend@kellerrohrback.com<br>fcraick@kellerrohrback.com<br><br>Alison E. Chase, (*pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Tel: (805) 456-1496<br>achase@kellerrohrback.com<br><br>*Attorneys for Plaintiffs* | s/ Matt Owen<br>Devora W. Allon (*pro hac vice*)<br>Jay Lefkowitz (*pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-5967<br>Fax: (212) 446-4900<br>devora.allon@kirkland.com<br>lefkowitz@kirkland.com<br><br>Matt Owen (*pro hac vice*)<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5100<br>Fax: (202) 389-5000<br>john.bailey@kirkland.com<br>matt.owen@kirkland.com<br><br>Jeremy E. Roller, WSBA No. 32021<br>ARETE LAW GROUP PLLC<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101<br>Tel: (206) 428-3250<br>Fax: (206) 428-3251<br>jroller@aretelaw.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED: January 12, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
REGARDING BRIEFING SCHEDULE
ON MOTION TO DISMISS - 2
(2:21-cv-00477-RSL)

**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384