Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY and CITY OF TACOMA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC.,<br><br>Defendants. | No. 2:21-cv-00477-RSL<br><br>**STIPULATED MOTION AND ORDER REGARDING NON-PARTY CONFIDENTIALITY DESIGNATIONS**<br><br>Note on Motion Calendar: December 31, 2024 |

## BACKGROUND

WHEREAS, the Parties to this case have served document subpoenas on various non-parties;

WHEREAS, as a condition to producing certain subpoenaed documents, multiple subpoenaed non-parties have requested to be permitted to designate certain commercially sensitive materials, "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY;"

STIP. MOTION AND ORDER RE:
NON-PARTY CONFIDENTIALITY DESIGNATIONS
No. 2:21-cv-00477-RSL – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

WHEREAS, the Parties, through their respective counsel of record, hereby agree to the terms of this stipulation and order for additional protection of confidential documents produced by non-parties;

THEREFORE, in view of the foregoing, and because the Parties hereto, by and through their respective counsel, have agreed to the following Stipulation and Order Regarding Non-Party Confidentiality Designations, pursuant to Federal Rule of Civil Procedure 26(c) and having determined that good cause exists for the entry of this Order, the Parties stipulate and request the Court order as follows:

## STIPULATION

1. To the extent any subpoenaed non-party deems it appropriate to designate documents produced in this matter as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order (Dkt. No. 24), and to the extent the non-party in good faith believes that the documents it is producing contain material relating to highly sensitive business matters, the disclosure of which could cause direct and substantial harm to the non-party, it may designate such non-party may further designate such documents as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY."

2. Material designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" shall be governed in all respects by the provisions of the Stipulated Protective Order concerning materials designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," with one exception: material designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" shall not be disclosed to In-House Counsel (as defined at ¶ 4.2.b. of the Stipulated Protective Order). For avoidance of doubt, materials designated as "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" may still be disclosed to the parties' Outside Counsel of Record as defined at ¶ 4.2.a. of the Stipulated Protective Order, and may still be challenged pursuant to the Stipulated Protective Order.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

3.  This stipulation and order is binding upon, without limitation, all current and future parties in this action (including their respective corporate parents, subsidiaries, affiliates, successors, and attorneys and all other representatives or agents), and their counsel; all other persons or entities authorized under the Stipulated Protective Order or any other order of this Court to receive or view Highly Confidential Material; and all other interested persons or entities with actual or constructive notice of this stipulation and or the Stipulated Protective Order.

DATED: December 31, 2024

**KELLER ROHRBACK LLP**

By: /s/ *Matthew M. Gerend*
Lynn Lincoln Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Matthew M. Gerend, WSBA #43276
Felicia J. Craick, WSBA # 54505
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
lsarko@ kellerrohrback.com
gcappio@kellerrohrback.com
mgerend@kellerrohrback.com
fcraick@kellerrohrback.com

Alison E. Chase (pro hac vice)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
achase@kellerrohrback.com

*Attorneys for Plaintiffs*

**ARETE LAW GROUP PLLC**

By: /s/ *Jeremy Roller*
Jeremy Roller, WSBA No. 32021
600 University St., Suite 2420
Seattle, WA 98101
Tel: (206) 428-3250
jroller@aretelaw.com

**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz (*pro hac vice*)
Devora W. Allon (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com
devora.allon@kirkland.com

Matt Owen (*pro hac vice*)
1301 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 879-5000
matt.owen@kirkland.com

**GOODWIN PROCTER LLP**
Christopher T. Holding (*pro hac vice*)
Alicia Rubio-Spring (*pro hac vice*)
Tucker DeVoe *(pro hac vice)*
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1947
CHolding@goodwinlaw.com
DWiesen@goodwinlaw.com
ARubio-Spring@goodwinlaw.com

STIP. MOTION AND ORDER RE:
NON-PARTY CONFIDENTIALITY DESIGNATIONS
No. 2:21-cv-00477-RSL – Page 3


ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Katherine Cheng *(pro hac vice)*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Tel: (202) 346-4000
Katherine.Cheng@goodwinlaw.com

***Attorneys for Defendants***

STIP. MOTION AND ORDER RE:
NON-PARTY CONFIDENTIALITY DESIGNATIONS
No. 2:21-cv-00477-RSL – Page 4



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**ORDER**

IT IS SO ORDERED.

DATED this 3rd day of January, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIP. MOTION AND ORDER RE:
NON-PARTY CONFIDENTIALITY DESIGNATIONS
No. 2:21-cv-00477-RSL – Page 5

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**KELLER ROHRBACK L.L.P.**

| | |
|---|---|
| Lynn Lincoln Sarko<br>Gretchen Freeman Cappio<br>Matthew M. Gerend<br>Felicia J. Craick<br>Benjamin B. Gould<br>Natida Sribhibhadh<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>mgerend@kellerrohrback.com<br>fcraick@kellerrohrback.com<br>bgould@kellerrohrback.com<br>natidas@kellerrohrback.com | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Alison E. Chase (*pro hac vice*)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
achase@kellerrohrback.com

*Attorneys for Plaintiffs*

Dated this 31st day of December, 2024, in Seattle, Washington.

/s/ Janet Fischer
Janet Fischer
Paralegal

STIP. MOTION AND ORDER RE:
NON-PARTY CONFIDENTIALITY DESIGNATIONS
No. 2:21-cv-00477-RSL – Page 6



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250