Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY and CITY OF TACOMA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC.,<br><br>Defendants. | No. 2:21-cv-00477-RSL<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME** |

Having reviewed the Joint Stipulated Motion for Extension of Time submitted by Plaintiffs King County and the City of Tacoma ("Plaintiffs") and Defendants Teva Pharmaceutical Industries, LTD., Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc. ("Defendants"), and other documents on file in this matter,

The Court hereby **GRANTS** the Joint Stipulated Motion for Extension of Time. The Parties are **DIRECTED** to file supplemental briefing pursuant to the Court's order at Dkt. 107 or provide a further status update by no later than December 1, 2026.

IT IS SO ORDERED.

DATED this 24th day of September, 2026.

Honorable Robert S. Lasnik
United States District Court



KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384